■ In the Matter of ALLIANCE PAVING MATERIALS, INC., et al., Appellants, v ZONING BOARD OF APPEALS OF TOWN OF LEE et al., Respondents.—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Tenney, J. (Appeal from Judgment of Supreme Court, Oneida County, Tenney, J.—Article 78.) Present—Dillon, P. J., Callahan, Denman, Green and Lowery, JJ.